# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>vs.<br><br>**VIOLA V. ESCALANTE ET AL.,**<br><br>Defendants. | CASE NO. 21-cv-7386-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to settlement.

Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within sixty (60) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: November 17, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE